UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL LEE NELSON
#20060-18                                                                                              PLAINTIFF

v.                                      4:19-cv-00237-JM-JJV

HIGGINS, Sheriff, Pulaski County; *et al.*                                        DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED without prejudice. All relief sought is denied, and the case is closed.

Dated this 5th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE